PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

**FILED**
APR 1 9 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Flavio Rene Mesquiti | Case Number: 5:15-CR-00614-DAE(4) |

Name of Sentencing Judicial Officer:   Honorable David A. Ezra, Senior United States District Judge

Date of Original Sentence:   June 20, 2017

Original Offense:   Count Three (3s): Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)

Original Sentence:   Thirty-five (35) months imprisonment, followed by five (5) years supervised release and $100 special assessment.

Type of Supervision: Supervised Release     Date Supervision Commences: June 29, 2018

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☐ To extend the term of supervision ___ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows: **TO INCLUDE:**

"The defendant shall reside in a residential reentry center for a period of up to 180 days, or until such time a personal residence is secured, to commence upon release of imprisonment. The defendant shall follow the rules and regulations of the center."

Flavio Rene Mesquiti
5:15-CR-00614-DAE(4)
April 13, 2018
Page 2

## CAUSE

Mr. Flavio Rene Mesquiti is scheduled to begin federal supervision on June 29, 2018. Upon release from custody of the Bureau of Prisons, a Supervised Release Plan reflected Mr. Mesquiti will be released to San Antonio, Texas. The U.S. Probation Office has completed two prerelease investigations, both of which were denied. This probation officer is now requesting placement at a residential reentry center for a period of up to 180 days or until he is able to secure stable residence. This will allow the offender the opportunity to seek employment, save money, and locate a personal residence of his own. Mr. Mesquiti has agreed to placement and has signed the attached waiver of Hearing to Modify Conditions of Probation/Supervised Release.

Approved:

Jennifer R. Cordova
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5365

cc: Sara Wannarka
    Assistant U.S. Attorney

    Marc S. Martinez
    Assistant Deputy Chief U.S. Probation Officer

Respectfully submitted,

Natalie Balderas
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5339
Date: April 13, 2018

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

Honorable David A. Ezra
Senior U.S. District Judge

April 19 2018
Date

PROB 49
(3/89)

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

"The defendant shall reside in a residential reentry center for a period of up to 180 days, or until such time a personal residence is secured, to commence upon release of imprisonment. The defendant shall follow the rules and regulations of the center."

Witness: _Natalie Balderas_
Natalie Balderas
U.S. Probation Officer

Signed: _Flavio R. Mesquiti_
Flavio Rene Mesquiti
Probationer or Supervised Releasee

4-11-18
Date